James J. Arendt, Esq.     Bar No. 142937
Ashley N. Reyes, Esq.     Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendant Deputy Benjamin Gonzalez

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Contreras,<br><br>  Plaintiff,<br><br>  vs.<br><br>Deputy B. Gonzalez,<br><br>  Defendants. | CASE NO. 1:18-CV-01101-AWI-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadlines for non-expert discovery, expert disclosures, rebuttal expert disclosures and expert discovery, all of which are set forth in the Court's Scheduling Order. [Doc. 12.]

Good cause exists for this requested modification as follows:

Plaintiff's deposition was properly noticed and scheduled to take place on August 2, 2019. *Declaration of James J. Arendt* ("*Arendt Decl.*"), para. 3. Plaintiff did not appear for his deposition and defense counsel was told by Plaintiff's counsel that he was unable to contact Plaintiff regarding his non-appearance. *Arendt Decl.*, para. 3.

On August 5, 2019, defense counsel was informed by Plaintiff's counsel he had discovered that Plaintiff had been in a serious auto accident and was hospitalized at Community Regional Medical Center. *Arendt Decl.*, para. 4. Plaintiff's counsel stated that Plaintiff suffered serious injuries and would likely be hospitalized for an extended period. *Arendt Decl.*, para. 4.

Counsel for the parties agreed to continue Plaintiff's deposition pending his recovery and if necessary, the parties would stipulate to modify the scheduling order. *Arendt Decl.*, para. 4.

Plaintiff's deposition was subsequently rescheduled for November 1, 2019. *Arendt Decl.*, para. 5. On October 31, 2019, defense counsel was notified by Plaintiff's counsel that Plaintiff had suffered a fall resulting in another hospitalization. *Arendt Decl.*, para. 5. Due to Plaintiff's medical condition and current medications, Plaintiff would be unable to testify. *Arendt Decl.*, para. 5. As of the filing of this stipulation, the parties have not been able to reschedule Plaintiff's deposition. *Arendt Decl.*, para. 5.

Due to Plaintiff's injuries and hospitalization, Defendant has been unable to depose Plaintiff in a timely manner. The Scheduling Order in place has set the following deadlines:

    Non-Expert Discovery: December 6, 2019

    Expert Disclosures: December 6, 2019

    Rebuttal Expert Disclosures: December 20, 2019

    Expert Discovery: January 31, 2020

The parties have stipulated to a modification of the Scheduling Order as follows:

    Non-Expert Discovery: January 17, 2020

    Expert Disclosures: January 31, 2020

    Rebuttal Expert Disclosures: February 14, 2020

    Expert Discovery: February 28, 2020

Modification of the Scheduling Order as described above is not anticipated to affect the July 21, 2020, trial date.

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the current Scheduling Order as detailed above.

Dated: December 3, 2019        WEAKLEY & ARENDT
                                      A Professional Corporation


                              By:   /s/ *James J. Arendt*
                                   James. J. Arendt
                                   Ashley N. Reyes
                                   Attorneys for Defendant

LAW OFFICE OF KEVIN G. LITTLE

Dated: December 3, 2019         By:    /s/ Kevin G. Little
                                       Kevin G. Little
                                       Attorney for Plaintiff

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 16), for good cause shown, the scheduling order is hereby MODIFIED as follows: the non-expert discovery deadline is extended to January 17, 2020; the expert disclosures deadline is extended to January 31, 2020; the rebuttal expert disclosures deadline is extended to February 14, 2020; the expert discovery deadline is extended to February 28, 2020; the dispositive motions filing deadline is extended to February 28, 2020, and the dispositive motions hearing deadline is extended to April 6, 2020.[1]  All other deadlines in the scheduling order, (Doc. 12), remain unchanged.

IT IS SO ORDERED.

Dated:   **December 3, 2019**                    /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court extends the dispositive motions filing and hearing deadlines, although not requested by the parties, to comport the case schedule with the Court's scheduling preferences.

Stipulation and Order