James J. Arendt, Esq.     Bar No. 142937
Ashley N. Reyes, Esq.     Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendant Deputy Benjamin Gonzalez

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Contreras, </br></br>         Plaintiff, </br></br>  vs. </br></br> Deputy B. Gonzalez, </br></br>         Defendants. | CASE NO. 1:18-CV-01101-AWI-SKO </br></br> **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadlines for non-expert discovery, expert disclosures, rebuttal expert disclosures and expert discovery, all of which are set forth in the Court's Scheduling Order (Doc. 12), and the Court's order modifying the Scheduling Order. (Doc. 17)

Good cause exists for this requested modification as follows:

Plaintiff's deposition was properly noticed and scheduled on three separate occasions prior to his deposition being taken on January 17, 2020, the current non-expert discovery cutoff date. (Doc. 17) The details of the delays in getting Plaintiff's deposition scheduled are outlined in the parties' Stipulation and Proposed Order to Modify Scheduling Order (Doc. 16) and for the sake of brevity will not be repeated here.

/ / /

In order to allow Defendant time to review and evaluate Plaintiff's deposition to determine whether any follow up discovery is needed, the Parties stipulate to modify the current scheduling order as follows:

The current scheduling in place has set the following deadlines:

    Non-Expert Discovery:  January 17, 2020

    Expert Disclosures:  January 31, 2020

    Rebuttal Expert Disclosures:  February 14, 2020

    Expert Discovery:  February 28, 2020

The parties have stipulated to a modification of the scheduling order as follows:

    Non-Expert Discovery:  March 6, 2020

    Expert Disclosures:  March 20, 2020

    Rebuttal Expert Disclosures:  April 3, 2020

    Expert Discovery:  April 17, 2020

Modification of these deadlines is not anticipated to affect the July 21, 2020, trial date.

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the current scheduling order as detailed above.

Dated: January 17, 2020                        WEAKLEY & ARENDT
                                                    A Professional Corporation

                                   By:    */s/ James J. Arendt*
                                                James. J. Arendt
                                                Ashley N. Reyes
                                                Attorneys for Defendant


                                        LAW OFFICE OF KEVIN G. LITTLE

Dated: January 17, 2020                  By:    */s/ Kevin G. Little*
                                                Kevin G. Little
                                                Attorney for Plaintiff

**ORDER**

Based on the parties' above stipulation (Doc. 19), and for good cause shown, the case schedule (Docs. 12 & 17) is hereby MODIFIED as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Non-expert discovery deadline | January 17, 2020 | March 6, 2020 |
| Expert disclosures | January 31, 2020 | March 20, 2020 |
| Rebuttal expert disclosures | February 14, 2020 | April 3, 2020 |
| Expert discovery deadline | February 28, 2020 | April 17, 2020 |
| Non-dispositive motion filing deadline | February 14, 2020 | April 22, 2020[1] |
| Non-dispositive motion hearing deadline | March 18, 2020 | May 20, 2020 |
| Dispositive motion filing deadline | February 28, 2020 | April 29, 2020 |
| Dispositive motion hearing deadline | April 6, 2020 | June 15, 2020 at 1:30 p.m. |
| Pretrial Conference | May 27, 2020 | August 12, 2020, at 10:00 a.m. |
| Trial | July 21, 2020 | October 6, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **January 21, 2020**           /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties request that all dates and deadlines, other than that pertaining to non-expert and expert discovery, remain the same. Granting this request, however, would be problematic: if so, the parties' deadlines to conduct discovery would occur *after* the deadlines for filing non-dispositive and dispositive motions. Accordingly, the Court has enlarged these deadlines, as well as the pretrial conference and trial, to allow the parties adequate time to file, and for the Court to rule on, motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

Stipulation and Order