James J. Arendt, Esq.     Bar No. 142937
Ashley N. Reyes, Esq.     Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendant Deputy Benjamin Gonzalez

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Contreras,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>Deputy B. Gonzalez,<br><br>　　　　Defendants. | CASE NO. 1:18-CV-01101-AWI-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE** |

　　　The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadline for expert discovery and the non-dispositive motion filing deadline as presently set forth in the Stipulation and Order to Modify Scheduling Order.  Doc. 20.

　　　Good cause exists for this requested modification as follows:

　　　Due to the COVID-19 pandemic and various "shelter in place" restrictions, the parties have been unable to schedule depositions of retained and non-retained experts.  The parties will now seek alternative means of conducting in-person depositions, i.e., Zoom, however, request an additional 60 days to do so.  Non-expert discovery has been completed and the trial date has been rescheduled for October 6, 2020.  Further, the parties are not filing dispositive motions. Modification of these deadlines will not affect the October 6, 2020 trial date.

/ / /

The current scheduling in place at issue is as follows:

 Expert discovery:  April 17, 2020

 Non-dispositive motion filing deadline:  April 22, 2020

The parties have stipulated to a modification of the scheduling order as follows:

 Expert discovery:  June 19, 2020

 Non-dispositive motion filing deadline:  July 3, 2020

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the current scheduling order as detailed above.

Dated: April 16, 2020     WEAKLEY & ARENDT
            A Professional Corporation

          By:  /s/ *Ashley N. Reyes*
            James. J. Arendt
            Ashley N. Reyes
            Attorneys for Defendant

           LAW OFFICE OF KEVIN G. LITTLE

Dated: April 16, 2020     By:  */s/ Kevin G. Little*
            Kevin G. Little
            Attorney for Plaintiff

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 24), for good cause shown, the expert discovery deadline is extended to June 19, 2020; the non-dispositive motions filing deadline is extended to July 3, 2020; and the non-dispositive motions hearing deadline is extended to August 5, 2020.  All other deadlines in the modified scheduling order, (Doc. 20), remain unchanged.[1]

IT IS SO ORDERED.

---

[1] The Court is giving effect to this stipulation based on the parties' representation that no dispositive motions will be filed.  (*See* Doc. 24 at 1.)  The filing of a dispositive motion may result in a further modification of the scheduling order and continuance of the trial date.

Dated: **April 20, 2020**        /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE